# GABMH

## Gibbs Armstrong Borochoff Mullican & Hart, P.C.

601 South Boulder Ave.
Suite 500
Tulsa, OK 74119
Phone 918-587-3939

Invoice submitted to:
**Kari Gibson**
c/o Bob Gibson
**Great Southern Technologies, LLC**
2700 N Hemlock Ct., Ste. 100
Broken Arrow, OK 74012

November 30, 2014
In Reference To: Kari Gibson v. Simm & Associates
Collection Harassment/FCR Violations
Our File No. 2400.033

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/29/2014 | CMW | Meeting with Kari Gibson and C. Wolek regarding new Fair Debt Collections Case (.5); Examine documents brought in by client and review FDCPA (.6); Prepare letter to SIMM Associates regarding violations of FDCPA and validation of debt (.6). | 1.70<br>175.00/hr | 297.50 |
| 9/30/2014 | CMW | Revise and add additional language to letter to SIMM Associates, Inc. | 0.10<br>175.00/hr | 17.50 |
| 10/14/2014 | CMW | Examine and analyze correspondence from SIMM Associates. | 0.40<br>175.00/hr | 70.00 |
|  | CDW | Analysis of Sims & Assoc. response to request to validate the debt and provide original instrument of indebtedness (.5); Analysis of reported cases alleging violation of FDCPA against Sims & Assoc. making similar allegations that have gone to default (.9); Analysis of federal authority holding that a consumer need not show intentional conduct by debt collector to be entitled to damages for violation of Fair Debt Collection Practices Act (FDCPA) because FDCPA imposes strict liability (.5); Analysis of federal authority stating that a validation notice only had to be contradictory, not threatening, from least sophisticated consumer's perspective in order to violate FDCPA (.5). | 2.40<br>250.00/hr | 600.00 |
| 10/15/2014 | CMW | Telephone call with client regarding letter from SIMM (.1); Begin preparing Complaint for FDCPA violations as against SIMM Associates (1.0); Analyze authorities on violations of FDCPA (.3). | 1.40<br>175.00/hr | 245.00 |
| 11/4/2014 | CMW | Prepare Letter to SIMM Associates regarding improper validation of debt (.3); Meet with client to obtain voice recordings and discuss lawsuit against SIMM (.3). | 0.60<br>175.00/hr | 105.00 |



EXHIBIT A

| | | Hrs/Rate | Amount |
|---|---|---|---|
| Kari Gibson | | | Page 2 |
| 11/25/2014 CMW | Revise Complaint to add additional information from telephone messages and declaratory judgment language (1.6); Investigate whether any FDCPA claims have been brought against SIMM in the Northern District of Oklahoma (.2). | 1.80 175.00/hr | 315.00 |
| 12/1/2014 CMW | Communicate with client regarding verification and accuracy of factual allegations. | 0.10 175.00/hr | 17.50 |
| 12/29/2014 CMW | Prepare Motion for Entry of Default by Clerk and Motion for Default Judgment. | 3.10 175.00/hr | 542.50 |
| 1/5/2015 CMW | Prepare proposed Journal Entry of Default Judgment. | 1.40 175.00/hr | 245.00 |
| | For professional services rendered | 13.00 | $2,455.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 12/8/2014 | US District Court for the Northern District of Oklahoma - Filing fee for Petition. | 400.00 |
| 12/31/2014 | December Non-Routine Postage Charges Incurred. | 5.34 |
| | December Internal Black & White Copies - 35 pages @ $.15 each. | 5.25 |
| | Total costs | $410.59 |
| | For professional services rendered | 13.00   $2,865.59 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Chris D. Wolek | 2.40 | 250.00 | $600.00 |
| Courtney M. Wolin | 10.60 | 175.00 | $1,855.00 |

Thank You!

Tax ID# 71-0885976

| | |
|---|---|
| New balance of Default | $0.00 |

\*\*Payments also accepted ver \*\*