# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KARI GIBSON, an individual,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-0730-CVE-FHM |
| | ) |
| **SIMM ASSOCIATES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT FOR ATTORNEYS' FEES AND COSTS

This matter comes on for consideration of plaintiff's motion for attorneys' fees and costs (Dkt. # 9). The Court has reviewed the motion and finds that plaintiff is entitled to an award of attorneys' fees under 15 U.S.C. § 1692k(a)(3) and to an award of costs under Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

**IT IS THEREFORE ORDERED** that attorneys' fees in the amount of $2,455 are awarded to plaintiff, to be paid by defendant. Costs in the amount of $410.59 are awarded to plaintiff, to be paid by defendant.

**DATED** this 27th day of January, 2015.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE