UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) KARI GIBSON, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-CV-730-CVE-FHM |
| | ) | |
| 2) SIMM ASSOCIATES, INC., | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIAL RELEASE AND SATISFACTION OF JUDGMENT

The Plaintiff, Kari Gibson, acknowledges payment in full of three thousand five hundred and no/100 dollars ($3,500.00) in release and satisfaction of the monetary judgment awarded to her against Defendant, SIMM Associates, Inc. in the Default Judgment entered by this Court on January 21, 2015 as Document No. 8.  In executing this Partial Release and Satisfaction of Judgment the Plaintiff, Kari Gibson, does not intend to and is not releasing the declaratory judgment entered in her favor as against Defendant, SIMM Associates, Inc., in the Default Judgment entered by this Court on January 21, 2015 as Document No. 8.

Dated this 8th day of May, 2015.

　　　/s/Courtney M. Wolin　　　
Courtney M. Wolin, OBA # 19975
GIBBS ARMSTRONG BOROCHOFF
MULLICAN & HART, P.C.
601 S. Boulder Ave., Ste. 500
Tulsa, OK 74119
(918) 587-3939 Telephone
(918) 582-5504 Facsimile
ATTORNEYS FOR PLAINTIFF,
KARI GIBSON

## CERTIFICATE OF SERVICE

I hereby certify that a full, true and correct copy of the above and foregoing document was served on the 8th day of May, 2015, via:

| | |
|---|---|
| __X__ | U. S. First Class Mail, proper postage prepaid; |
| _____ | Certified Mail, Return Receipt Requested; |
| _____ | Facsimile |
| _____ | Hand Delivery |
| _____ | Overnight Express Delivery |

to the following:

SIMM Associates, Inc.
Registered Agent:  Corporation Service Co.
115 SW 89th St.
Oklahoma City, OK  73139

/s/Courtney M. Wolin_____